Harry S. Wright, Appellee, v. THE Steamtug EDWARD CHILTON, Marine Transit Corporation, Appellee; THE Steamtug LIBERTY, Respondent-Impleaded, Benjamin J. Cowles, Appellant.

No. 267.

Circuit Court of Appeals, Second Circuit.

March 10, 1930.

Stanley & Gidley, of Buffalo, N. Y. (Ray M. Stanley, of Buffalo, N. Y., of counsel), for appellant.

William F. Purdy and John E. Purdy, both of New York City, for appellee the Edward Chilton.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [27 F.(2d) 624] affirmed.

T. W. Mulqueen, Owner of THE Boat EMMA T. GRIMES, Libelant-Appellee, v. THE Steamtug WILLIAM TRACY, Tracy Towing Line, Inc., Claimant-Appellant; THE Steamlighter INDUSTRY, New York & New Jersey Steamboat Company, Claimant-Appellee.

No. 213.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellee.

Alexander, Ash & Jones, of New York City, for appellee-claimant.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed, with costs.

Joseph R. GUZZARDO, Appellant, v. UNITED STATES of America.

No. 8754.

Circuit Court of Appeals, Eighth Circuit.

Feb. 27, 1930.

Harry G. Kyle and Walter A. Raymond, both of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Harry L. Thomas, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed on motion of counsel for appellant because of the death of the appellant on January 13, 1930.

Andrew JACKSON, Appellant, v. UNITED STATES of America, Appellee.

No. 5822.

Circuit Court of Appeals, Fifth Circuit.

April 10, 1930.

John H. Cook, of Clarksdale, Miss. (Cook & Ascough, of Clarksdale, Miss., on the brief), for appellant.

Lester G. Fant, U. S. Atty., of Holly Springs, Miss.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.

The judgment is affirmed.